HUBER, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Bernard Huber against the city of

Buffalo. No opinion. Judgment affirmed, with costs. See opinion of Green, J., delivered in Eckhardt v. City of Buffalo, 46 N. Y. Supp. 204.